No. 2248. El Pueblo Apelado, v. Laguë, Apelante.—C. de D. de Arecibo. Escalamiento en primer grado. R. mar. 26, 1924. Celebrada la vista con la sola asistencia del fiscal, examinados los autos y los alegatos; no pudiendo considerarse las cuestiones que el acusado levanta por hacer referencia a las pruebas y no haberse elevado éstas a este tribunal, no apareciendo que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 3012. Porto Rico Fertilizer Company, Apelado, v. Gandía, Apelante.—C. de D. de San Juan, Distrito Primero. R. mar. 28, 1924. Interpuesta demanda en este caso reclamando el cumplimiento de una obligación y pidiendo que se condene al demandado al reintegro de cierta cantidad que según alega la demandante cobró indebidamente y ajustándose la solicitud de aseguramiento a la ley sobre efectividad de sentencias que, tal como fué enmendada en 1916, no exige que en la solicitud se consignen los hechos y fundamentos de derecho que antes requería el estatuto, se confirma la resolución apelada.